

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00184-CV

**IN THE INTEREST OF C.J.M.**, a Child

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2364-CV
Honorable Jessica Crawford, Judge Presiding

PER CURIAM

Sitting:  Lori I. Valenzuela, Justice
     Lori Massey Brissette, Justice
     Adrian A. Spears II, Justice

Delivered and Filed: June 24, 2026

DISMISSED

On April 29, 2026, we issued a letter notifying appellant Tiffany Hazen that she had not: (1) paid the filing fee of $205 in this appeal; (2) filed a docketing statement; or (3) filed an amended notice of appeal certifying that she had served the notice of appeal on each court reporter responsible for preparing and filing the record in this case. On May 5, 2026, we issued an order cautioning appellant that if she did not correct these deficiencies by May 15, 2026, we would dismiss the appeal.

After we issued our May 5, 2026 order, we learned that neither that order nor our April 29, 2026 letter had been sent to the correct e-mail address for appellant. Therefore, on our own motion and in the interest of justice, we issued an order on May 26, 2026 that instructed appellant to: (1)

either pay the $205 filing fee or provide written proof to this court that she is excused by statute or the Rules of Appellate Procedure from paying the fee, *see* TEX. R. APP. P. 20.1; (2) file a docketing statement; and (3) file an amended notice of appeal. We cautioned appellant that if she failed to satisfactorily respond by June 5, 2026, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellant did not respond to our May 26, 2026 order, and the notice of appeal filing fee remains unpaid. Accordingly, we dismiss this appeal.

PER CURIAM